# PHILIP ORNER, C.P.A. J.D.
### CERTIFIED PUBLIC ACCOUNTANT
### AND
### ATTORNEY AT LAW

72 - 29 137TH STREET
FLUSHING, NEW YORK 11367
(718) 575-9600

514 MAIN STREET
NEW ROCHELLE, NEW YORK 10801
(914) 636-6439

February 12, 2020

Hon. Paul Engelmayer
Judge U.S. District Court
Southern District of N.Y.
40 Foley Square- Rm 2201
New York, N.Y. 10007

Re.: Cancino et al v. Janbar Inc, et al
Docket No. 18-CV-7219 (PAE)

Hon. Engelmayer:

Due to the wisdom of the last Court order of January 2020, which held my withdrawal in abeyance through today, February 12, 2020, I still represent all of the Defendants in this case. Their previous lack of response to my several attempts to settle this case, in pursuit of their best interest based on my personal professional experienced conclusion, had not been received as of the date of my withdrawal of January 13, 2020.

Since my client finally met with me yesterday afternoon, and authorized me to proceed to fully settle this case with both law firms representing the plaintiffs and collective class action, I respectfully request this Court's indulgence in allowing me to continue representing my clients and with the cooperation and good faith of opposing counsel to proceed to attempt to fully settle this case with reasonable offers to be presented to them next week. My optimistic outlook is to settle this case fully within 30 days.

I apologize to the Court for the created inconvenience to the Court and express my appreciation to the Court's patience in seeking a full and speedy resolution of this case.

Sincerely,

Philip Orner

Cc; Fitappelli & Schaeffer LLP – via ECF
    Cilentti & Cooper -         via ECF

The Court grants Mr. Orner's request to remain as counsel for defendants in this matter. The previously filed motion to withdraw, Dkt. 70, which the Court has held in abeyance, is denied without prejudice. SO ORDERED.

_____
PAUL A. ENGELMAYER    2/12/2020
United States District Judge