UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIIO CANCINO, et al.,

                                Plaintiffs,          18 Civ. 7219 (PAE)

               -v-

                                                          ORDER

JANBAR, INC., et al.,

                                Defendants.

PAUL A. ENGELMAYER, District Judge:

      Due to the current public health situation, the case management conference scheduled for April 22, 2020 at 2:30 p.m. is adjourned to May 8, 2020 at 2:30 p.m.  In the event that any party wishes to move for summary judgment following that conference, a premotion letter, consistent with the Court's individual rules, should be filed by April 24, 2020. Any responses should be filed by May 1, 2020.  For avoidance of doubt, this order has no effect on the settlement conference scheduled before Judge Wang.

      SO ORDERED.

                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: March 13, 2020
       New York, New York