```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JULIO CANCINO and WILLIAM LAGOS,               :
individually and on behalf of all others       :
similarly situated,                            :      18-CV-7219 (PAE) (OTW)
                                               :
                Plaintiffs,                    :      ORDER
                                               :
        -against-                              :
                                               :
JANBAR, INC., et al.,                          :
                                               :
                Defendants.                    :
-------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a pre-settlement call on March 17, 2020. Parties are directed to submit a joint status letter by **April 21, 2020**.

SO ORDERED.

Dated: March 17, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge