UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIO CANCINO and WILLIAM LAGOS, *individually and on behalf of all others similarly situated*,

                              Plaintiffs,

              -v-

JANBAR, INC., JANBAR GROUP, INC., and JANUSZ BARTNICKI individually,

                              Defendants.

18 Civ. 7219 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Plaintiff's counsel Peter Cooper has filed a letter indicating that one of his clients has received communications from defendants regarding settlement but he cannot speak with defendants because they remain represented by defense counsel Phillip Orner. Dkt. 83. Mr. Cooper's assessment is correct. Because the Court has not relieved Mr. Orner as counsel, the corporate defendants remain represented parties. The Court agrees with Mr. Cooper that the optimal solution would be for a settlement conference to be held before Judge Wang involving all parties and counsel. The Court directs Mr. Cooper to act expeditiously to arrange such a conference. Should settlement not result from such a conference, the Court would then, on a renewed request from Mr. Orner, entertain his application to withdraw. In light of the prospect of settlement suggested by Mr. Cooper's letter, the Court adjourns the status conference scheduled for June 4 until July 9, 2020 at 11 a.m. SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: April 17, 2020
          New York, New York