**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
JULIO CANCINO and WILLIAM LAGOS  :
individually and on behalf of all other similarly :
situated,                                                              :        18-CV-7219 (PAE)
                                                                             :
                          Plaintiffs,                               :        **ORDER**
                                                                             :
                     -against-                                      :
                                                                             :
JANBAR, INC., et al.,                                        :
                                                                             :
                          Defendants.                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a pre-settlement conference call on June 17, 2020. Two attorneys appeared on the call to represent Defendants but they had not filed notices of appearance, and it was unclear whether they had been formally retained. Mr. Orner, Defendants' counsel of record, did not appear until the Court directed the parties on the line to join him to the call. At that time, it became unclear whether any attorney on the phone had authority to speak for Defendants.

Accordingly, the Court determined not to proceed with the conference. Parties are directed to resolve the issue of Defendants' representation, file notices of appearance if appropriate, and file a joint status letter by 5:00 p.m., June 24, 2020, indicating whether they would like to participate in another pre-settlement conference call before their status conference with Judge Engelmayer on July 9, 2020. (*See* ECF 84).

Mr. Orner, as Defendants' counsel of record, is directed to serve a copy of this Order on his clients and on new counsel.

**SO ORDERED.**

Dated: June 17, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge