UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO CANCINO, et al.,

                      Plaintiff,

-v-

JANBAR, INC., et al.,

                      Defendants.

18 Civ. 7219 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for October 14, 2020. Dkt. 97. The time for that conference is now set for 2:00 p.m. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                  _Paul A. Engelmayer_
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 1, 2020
       New York, New York