

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

October 12, 2020

**VIA ECF**
The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: <u>Cancino, et al. v. Janbar, Inc., et al. Docket No.: 18 Civ. 7219 (PAE)</u>

Dear Judge Engelmayer:

We represent seven of the Plaintiffs in the instant matter. We write this correspondence to respectfully request an adjournment of the conference scheduled for October 14, 2020. The parties currently have a mediation set for November 9, 2020. As a result, Plaintiffs respectfully request that the conference be adjourned until after the mediation. All parties consent to this request.

We thank the Court in advance for its time and attention to this matter.

\* \* \*

Respectfully submitted

/s/ Frank J. Mazzaferro
Frank J. Mazzaferro

Granted. The telephonic case management conference currently scheduled for October 14, 2020 is adjourned until November 24, 2020 at 2:00pm.  In the event that any party wishes to move for summary judgment following that conference, a pre-motion letter, consistent with the Court's individual rules, should be filed by November 11, 2020.  Any responses should be filed by November 18, 2020.   SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
10/13/2020