UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIO CANCINO, et at.,

                              Plaintiff,                  18 Civ. 7219 (PAE)

                  -v-

                                                              ORDER

JANBAR, INC. et at.,

                              Defendant.

---

PAUL A. ENGELMAYER, District Judge:

       On October 13, 2020, the Court scheduled a case management conference in this case for November 24, 2020, at 2:00 p.m.  Dkt. 100.  Having since been notified that the court-ordered mediation in this case was held and an agreement was reached on all issues, the Court now adjourns the case management conference.  The parties are directed to advise the Court as to the current status of the litigation by November 23, 2020 at 5:00 p.m.

       SO ORDERED.

                                                                           _Paul A. Engelmayer_
                                                                          Paul A. Engelmayer
                                                                          United States District Judge

Dated: November 19, 2020
           New York, New York