**JOHN L. WEICHSEL**
**Attorney At Law**

| | |
|---|---|
| 79 Main Street, Suite 1 | 70-18 261st. Street |
| Hackensack, NJ 07601 | Glen Oaks, NY 11004 |
| (201) 488-1400 | 718 470 1042/6264 (F) |
| Facsimile (201) 488-3970 | E-Mail *John@JohnWeichsel.com* |
| **Member of N.J. & N.Y. Bars** | **Please Reply To Hackensack Office** |

November 23, 2020

*Via ECF:*

The Hon. Paul A. Engelmayer
United States District Court Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

**Re: Cancino v. Janbar, Inc. 18 civ 7219 (PAE)**

Dear Judge, Engelmayer:

I represent all defendants in the above-captioned matter. On behalf of all counsel, I am pleased to report that his matter has settled. Drafts of settlement documents have been exchanged and I anticipate that documents will be executed within two (2) weeks and then filed with the Court.

On behalf of all counsel, we thank and commend Florence Dean, Esq., the court assigned mediator in this matter for her assistance. She went well above what is expected to assist this matter in settling.

Respectfully yours,
John L. Weichsel
*John L. Weichsel*
JLW

CC: All counsels, via ecf and email